UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES H. BOSTIC<br>Petitioner, | § | |
| v. | § | Criminal Case No. <u>WDQ-09-0333</u> |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§ | |

*[FILED / LODGED / ENTERED / RECEIVED stamp: SEP 1 6 2013, CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND, AT BALTIMORE, BY ___ DEPUTY]*

---

### MOTION FOR RETURN OF PERSONAL PROPERTY
### PURSUANT TO FED. R. of CRIM. PRO. 41(g)

---

**NOW COMES**, James H. Bostic (hereinafter Petitioner), filing in a pro se capacity and moves this Honorable Court to Grant the Petitioner's motion amongst other things the liberal construction deserving of a pro se litigant.

### JURISDICTION

"A person aggrieved... by the deprivation of property may move for the property's return. The motion must be filed in the district where the property was seized. The court must receive evidence on any factual issue necessary to decide the motion". <u>Id.</u> at Fed. R. of Crim. Pro. 41(g).

## FACTUAL BACKGROUND

1) Petitioner entered a guilty plea to a conspiracy of possession with the intent to deliver pursuant to 21 U.S.C. § 846; which began on or about 2005 to on or about February 2, 2010.

2) On or about July 22, 2005, Petitioner was arrested by Officer Brian Shutt (See Exg. 1 [2 pgs.] for narcotic. Also see Exhibit 2 [2 pgs. - PSR] ¶ 6-10. During and related to this arrest U.S. Currency in the amount of approximately $10,000.00 to $12,000.00 was taken, from Petitioner by Officer Brian Shutt and to this date has not been returned.

3) On or about February 2, 2010, Petitioner was again arrested by Officer Brian Shutt, and had seized from his person 1 pair of prescription Fred eyeglasses; and 1 Men's Stainless Steel Luminor Marina watch (Serial No. BB 1059885). And as of this date these items have not been returned to Petitioner.

4) On or about February 2, 2010, Petitioner's residence at 5904 Edna Ave., Baltimore, Maryland 21214, was search pursuant to a warrant obtained by Officer Brian Shutt, (See Ex. 3) Officer Brian Shutt seized miscellaneous documents and 1 Men's Diamond Wedding Band, White Gold from petitioner's premise on this date and these items have not been returned to petitioner as of this date.

5) Petitioner hereby respectfully request the return of the above mentioned personal property. Which Petitioner has been deprived of ever since July 22, 2005 thru February 2, 2010, and

thought that after the Court proceedings (i.e. related trials, guilty pleas, sentencings, appeals, post conviction motions, etc.) in the above styled criminal action, petitioner's personal property would be returned to said owner. As of this date this has not transpired.

**WHEREFORE,** based upon the foregoing, the petitioner prays this Honorable Court will schedule this matter to be heard at the next Motion Hour and Order that petitioner's personal property be returned.

Petitioner, declare under the penalty of perjury that the foregone is True and Correct.

                                            Respectfully submitted,

                                            */s/ James Bostic*
                                            James H. Bostic
                                            Reg. No. 44590-037
                                            P. O. Box 999
                                            LSCI Butner
                                            Butner, NC 27509

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Motion was mailed, postage prepaid, to the office of the United States Attorney, 36 S. Charles St. 4th Floor, Baltimore, Maryland 21201, on this __11__ day of _September_, 2013.

                                    Respectfully submitted,

                                    _James Bostic_

                                    James H. Bostic
                                    Fed. Reg. #44590-037
                                    P. O. Box 999 LSCI
                                    Butner, NC 27509

Name: James Bostic   Number: 44590-037
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

⇔44590-037⇔
Clerk Of Court
Legal MAIL
101 W Lombard ST
Baltimore, MD 21201
United States

Legal MAIl

RALEIGH NC
Research Triangle Reg
12 SEP 2013 PM